SARAH BARTON, Respondent, *v.* SAMUEL PAUL, Appellant.

(Argued October 24, 1930; decided November 19, 1930.)

*John J. Scully* for appellant.

*Floyd J. Reinhart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.